UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIFFANY (NJ) INC. and TIFFANY AND COMPANY,

          Plaintiffs,

-against-

eBAY INC.,

          Defendant.

04 Civ. 4607 (RJS)

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that plaintiffs Tiffany (NJ) Inc. and Tiffany and Company hereby appeal to The United States Court of Appeals for the Second Circuit from the Judgment entered on July 15, 2008.

Dated: August 11, 2008
       New York, New York

ARNOLD & PORTER LLP

By: _____
    James B. Swire
    H. Peter Haveles, Jr.
399 Park Avenue
New York, New York 10022
(212) 715-1000
James.Swire@aporter.com
Peter.Haveles@aporter.com

*Attorneys for Plaintiffs*
*Tiffany (NJ) Inc. and Tiffany and Company*

To:   R. Bruce Rich, Esq.
      Weil, Gotshal & Manges LLP
      767 Fifth Avenue
      New York, NY 10153

*Attorneys for Defendant eBay Inc.*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08